AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. _____ *Plaintiff(s)* v. RONALD DESANTIS, in his official capacity as Governor of Florida, et al. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Ronald DeSantis
Office of the Governor
400 S. Monroe St.
Tallahassee, FL  32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023



**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. _____23-cv-22688_____ |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Cord Byrd
Office of Secretary of State
R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399-0250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023
_____

**SUMMONS**

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No.    23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Ricky  D. Dixon
                    Florida Department of Corrections
                    501 South Calhoun Street
                    Tallahassee, FL 32399-2500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                    Edward Soto (Fla. Bar No. 265144)
                    Weil, Gotshal & Manges LLP
                    1395 Brickell Ave., Suite 1200
                    Miami, FL 33131
                    (305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:     Jul 27, 2023



**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Melinda N. Coonrod
Florida Commissioner on Offender Review
4070 Esplanade Way
Tallahassee, FL 32399-2450

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br><br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.    23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Richard D. Davison
Florida Commission on Offender Review
4070 Esplanade Way
Tallahassee, FL 32399-2450

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Jul 27, 2023                    _____
                                          *s/ Ketly Pierre*
                                          Deputy Clerk
                                          U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

#### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

#### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    David A. Wyant
Florida Commission on Offender Review
4070 Esplanade Way
Tallahassee, FL 32399-2450

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____Jul 27, 2023_____



**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mark Glass
Florida Department of Law Enforcement
2331 Phillips Road
Tallahassee, FL 32308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023



**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) ) | Civil Action No.  23-cv-22688 |
| v. | | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) | |
| _Defendant(s)_ | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kim Barton
Supervisor of Elections for Alachua County
Josiah T. Walls Building
515 North Main Street, Suite 300
Gainesville, FL 32601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

#### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Civil Action No. ⟨23-cv-22688⟩ |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

#### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chris Milton
Supervisor of Elections for Baker County
32 N 5th Street STE A
Macclenny, FL 32063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. _____ 23-cv-22688 _____ |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Mark Andersen
Supervisor of Elections for Bay County
830 W. 11th St.
Panama City, FL

_____

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023
_____

**SUMMONS**

*s/ Ketly Pierre* _____

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.  _____23-cv-22688_____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Amanda Seyfang
Supervisor of Elections for Bradford County
945 N. Temple Ave. Suite C
Starke, FL 32091

_____

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  _____Jul 27, 2023_____



**SUMMONS**

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

#### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Tim Bobanic
Supervisor of Elections for Brevard County
Government Complex-North
400 South Street, Suite 1-F
Titusville, FL 32780

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. ) ) ) ) _____ ) *Plaintiff(s)* ) v. ) RONALD DESANTIS, in his official capacity as ) Governor of Florida, et al. ) ) ) ) _____ ) *Defendant(s)* ) | Civil Action No. **23-cv-22688** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Joe Scott
Supervisor of Elections for Broward County
115 S. Andrews Ave., Room 102
Fort Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Sharon Chason
Supervisor of Elections for Calhoun County
20859 Central Ave. East, Rm 117
Blountstown, FL 32424

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 27, 2023



**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_      Leah Valenti
Supervisor of Elections for Charlotte County
Historic Courthouse
226 Taylor Street
Punta Gorda, FL. 33950

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:       Jul 27, 2023

**SUMMONS**

s/ Ketly Pierre

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Maureen Baird
Supervisor of Elections for Citrus County
1500 N Meadowcrest Blvd.
Crystal River, FL 34429

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023



**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. ___23-cv-22688___ |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Chris H. Chambless
Supervisor of Elections for Clay County
500 N. Orange Ave.
Green Cove Springs, FL 32043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   ___Jul 27, 2023___

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br>_____<br>*Plaintiff(s)*<br>v.<br>RONALD DESANTIS, in his official capacity as Governor of Florida, et al.<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.    23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Melissa Blazier
Supervisor of Elections for Collier County
Rev Dr Martin Luther King Jr Building
3750 Enterprise Avenue
Naples, FL 34104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 27, 2023

_____

*s/ Ketly Pierre*    _____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.    23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Tomi S. Brown
Supervisor of Elections for Columbia County
971 W. Duval St., Ste 102
Lake City, FL 32055-3728

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

#### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Mark Negley
Supervisor of Elections for DeSoto County
201 E. Oak Street, Suite 104
Arcadia, FL 34266

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Jul 27, 2023

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _Plaintiff(s)_ | ) | Civil Action No. _23-cv-22688_ |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_      Starlet Cannon
Supervisor of Elections for Dixie County
229 NE 351 Hwy, Suite A
Cross City, FL 32628

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _Jul 27, 2023_

_s/ Ketly Pierre_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

#### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No. 23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

#### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mike Hogan
Supervisor of Elections for Duval County
105 E. Monroe St.
Jacksonville, FL 32202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 27, 2023

SUMMONS

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. _____23-cv-22688_____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   David H. Stafford
Supervisor of Elections for Escambia County
213 Palafox Pl, 2nd Floor
Pensacola, FL 32502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) | |
| | ) ) | |
| *Defendant(s)* | ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Kaitlyn Lenhart
Supervisor of Elections for Flagler County
1769 E. Moody Blvd.
Building 2 Suite 101
Bunnell, FL 32110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

#### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Heather Riley
Supervisor of Elections for Franklin County
47 Ave F.
Apalachicola, FL 32320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br> *Plaintiff(s)* <br><br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.   23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Shirley Knight
Supervisor of Elections for Gadsden County
16 South Madison Street
Quincy, FL 32351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Connie Sanchez
Supervisor of Elections for Gilchrist County
112 South Main Street, Room 137
Trenton, FL 32693

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

#### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. _____23-cv-22688_____ |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Aletris Farnam
Supervisor of Elections for Glades County
998 US Hwy 27 South
Moore Haven, FL 33471

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jul 27, 2023    _____

*s/ Ketly Pierre*    _____

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_     John Hanlon
Supervisor of Elections for Gulf County
401 Long Ave.
Port St. Joe, FL 32456

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jul 27, 2023

_s/ Ketly Pierre_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Laura Hutto
Supervisor of Elections for Hamilton County
1153 US Hwy 41 NW, Suite 1
Jasper, FL 32052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

s/ Ketly Pierre

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Diane Smith
Supervisor of Elections for Hardee County
311 N. 6th Ave.
Wauchula, FL 33873

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Brenda Hoots
Supervisor of Elections for Hendry County
25 E. Hickpochee Ave.
LaBelle, FL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Shirley Anderson
Supervisor of Elections for Hernando County
16264 Spring Hill Dr.
Brooksville, FL 34604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 27, 2023

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
               Karen Healy
               Supervisor of Elections for Highlands County
               580 South Commerce Avenue, Room A201
               Sebring, FL 33870

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

               Edward Soto (Fla. Bar No. 265144)
               Weil, Gotshal & Manges LLP
               1395 Brickell Ave., Suite 1200
               Miami, FL 33131
               (305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Craig Latimer
Supervisor of Elections for Hillsborough County
Fred B. Karl County Supervisor of Elections Center
601 E. Kennedy Blvd., 16th Floor
Tampa, FL 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.  ___23-cv-22688___

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Therisa Meadows
Supervisor of Elections for Holmes County
201 N. Oklahoma St., Suite 102
Bonifay, FL  32425

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  ___Jul 27, 2023___



**SUMMONS**

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Leslie R. Swan
Supervisor of Elections for Indian River County
4375 43rd Avenue
Vero Beach, FL 32967

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023

**SUMMONS**

_s/ Ketly Pierre_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Carol A. Dunaway
Supervisor of Elections for Jackson County
2851 Jefferson Street
Marianna, FL 32448

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jul 27, 2023

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Michelle Milligan
Supervisor of Elections for Jefferson County
1175 W. Washington St.
Monticello, FL 32344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.    23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Travis Hart
Supervisor of Elections for Lafayette County
120 W. Main Street, RM 207
Mayo, FL 32066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Alan Hays
Supervisor of Elections for Lake County
1898 E. Burleigh Blvd.
Tavares, FL  32778

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

#### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Tommy Doyle
Supervisor of Elections for Lee County
Melvin Morgan Constitutional Complex
2480 Thompson St, 3rd Floor
Fort Myers, FL 33901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. _____  23-cv-22688  _____ |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Mark Earley
Supervisor of Elections for Leon County
2990-1 Apalachee Parkway
Tallahassee FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ___ Jul 27, 2023 ___



**SUMMONS**

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. _____23-cv-22688_____

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Tammy Jones
Supervisor of Elections for Levy County
421 S Court St.
Bronson, FL 32621

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  ___Jul 27, 2023___

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.　23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*　　Grant Conyers
　　　　　　　　　　　　　　　　　　Supervisor of Elections for Liberty County
　　　　　　　　　　　　　　　　　　10816 NW State Road 20
　　　　　　　　　　　　　　　　　　Bristol, FL 32321-0597

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　　　　　　　　Edward Soto (Fla. Bar No. 265144)
　　　　　　　　　　　　　Weil, Gotshal & Manges LLP
　　　　　　　　　　　　　1395 Brickell Ave., Suite 1200
　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:　Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. ___23-cv-22688___ |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Heath Driggers
Supervisor of Elections for Madison County
239 SW Pinckney St.
Madison, FL 32340

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ___Jul 27, 2023___

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

#### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

#### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Michael Bennett
Supervisor of Elections for Manatee County
600 301 Blvd. W., Suite 108
Bradenton FL 34205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Wesley Wilcox
Supervisor of Elections for Marion County
981 NE 16th Street
Ocala, FL 34470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  ___23-cv-22688___

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Vicki Davis
Supervisor of Elections for Martin County
135 SE Martin Luther King, Jr. Blvd
Stuart, FL 34994

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  ___Jul 27, 2023___

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Christina White
Supervisor of Elections for Miami-Dade County
2700 NW 87 Avenue
Miami, FL 33172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Joyce Griffin
Supervisor of Elections for Monroe County
530 Whitehead Street #101
Key West, FL 33040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jul 27, 2023

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Janet H. Adkins
Supervisor of Elections for Nassau County
James S. Page Governmental Complex
96135 Nassau Place, Suite 3
Yulee, FL 32097

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:      Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  23-cv-22688 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Paul A. Lux
Supervisor of Elections for Okaloosa County
302 N Wilson St, Ste 102
Crestview, FL 32536-3474

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jul 27, 2023

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) |
| | ) ) |
| *Defendant(s)* | ) |

Civil Action No. _____23-cv-22688_____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Melissa Arnold
Supervisor of Elections for Okeechobee County
304 NW 2nd Street, Room 144
Okeechobee, FL, 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____Jul 27, 2023_____

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No.     23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    Bill Cowles
Supervisor of Elections for Orange County
119 West Kaley Street
Orlando, FL 32806

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jul 27, 2023

_s/ Ketly Pierre_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mary Jane Arrington
Supervisor of Elections for Osceola County
2509 E. Irlo Bronson Memorial Highway
Kissimmee FL 34744

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Wendy Link
Supervisor of Elections for Palm Beach County
240 S. Military Trail
West Palm Beach, FL  33415

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No. _23-cv-22688_ |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Brian Corley
Supervisor of Elections for Pasco County
14236 6th St, Suite 200
Dade City, FL 33526-0300

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _Jul 27, 2023_

_s/ Ketly Pierre_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | Civil Action No. _23-cv-22688_ |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
  Julie Marcus
  Supervisor of Elections for Pinellas County
  Starkey Lakes Corporate Center
  13001 Starkey Road
  Largo, FL 33773

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Edward Soto (Fla. Bar No. 265144)
  Weil, Gotshal & Manges LLP
  1395 Brickell Ave., Suite 1200
  Miami, FL 33131
  (305- 577-3100

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _Jul 27, 2023_

_s/ Ketly Pierre_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Lori Edwards
Supervisor of Elections for Polk County
250 S. Broadway Ave.
Bartow, FL 33830

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. <br><br> ———————————————————— <br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> ———————————————————— <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Charles Overturf
Supervisor of Elections for Putnam County
2509 Crill Ave, Suite 900
Palatka, FL 32177

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Tappie Villane
Supervisor of Elections for Santa Rosa County
6495 Caroline St, Ste F
Milton, FL 32570

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# United States District Court
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Ron Turner
Supervisor of Elections for Sarasota County
Terrace Building
101 S. Washington Blvd.
Sarasota, FL 34236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jul 27, 2023

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Christopher Anderson
Supervisor of Elections for Seminole County
1500 E. Airport Blvd.
Sanford, FL 32773

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023    _____

**SUMMONS**

s/ Ketly Pierre    _____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Vicky Oakes
Supervisor of Elections for St. Johns County
4455 Avenue A, Suite 101
St. Augustine, FL 32095

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Gertrude Walker
Supervisor of Elections for St. Lucie County
Orange Blossom Business Center
4132 Okeechobee Rd.
Fort Pierce, FL 34947

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:     Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    William Keen
Supervisor of Elections for Sumter County
7375 Powell Road, Suite #125
Wildwood, FL 34785

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.    23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Jennifer Kinsey
Supervisor of Elections for Suwannee County
302 Pine Ave., S.W.
Live Oak, FL 32064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jul 27, 2023

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. ___23-cv-22688___ |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Dana Southerland
Supervisor of Elections for Taylor County
433 U.S. 19 N.
Perry, FL, 32347

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Deborah Osborne
Supervisor of Elections for Union County
175 West Main St.
Lake Butler, FL 32054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

#### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.    23-cv-22688

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Lisa Lewis
Supervisor of Elections for Volusia County
1750 S. Woodland Blvd.
DeLand, FL 32720

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. _____23-cv-22688_____ |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Joseph R. Morgan
Supervisor of Elections for Wakulla County
3115 B Crawfordville Hwy.
Crawfordville, FL 32327

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____Jul 27, 2023_____

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.  23-cv-22688 |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Ryan Messer
Supervisor of Elections for Walton County
571 US Hwy 90 East, Suite 102
DeFuniak Springs, FL 32433

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jul 27, 2023

Angela E. Noble
Clerk of Court

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Carol Finch Rudd
Supervisor of Elections for Washington County
1424 Jackson Ave., Ste C
Chipley, FL 32428

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date:  Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 23-cv-22688 |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    J.K. Irby
Clerk of the Court and Comptroller of Alachua County
201 East University Ave
Gainesville, Florida 32601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br><br> _____ <br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. ___23-cv-22688___

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Stacie D. Harvey
Clerk of the Court and Comptroller of Baker County
339 E. Macclenny Ave.
Macclenny, FL 32063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ___Jul 27, 2023___

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. ) ) ) ) | |
| _Plaintiff(s)_ ) | Civil Action No.  23-cv-22688 |
| v. ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. ) ) ) ) ) | |
| _Defendant(s)_ ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Bill Kinsaul
Clerk of the Court and Comptroller of Bay County
300 E. 4th Street
Panama City, FL 32401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023

**SUMMONS**

_s/ Ketly Pierre_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. <br><br><br>*Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br><br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Denny Thompson
Clerk of the Court and Comptroller of Bradford County
945 North Temple Ave.
Starke, Florida 32091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rachel Sadoff
Clerk of the Court and Comptroller of Brevard County
400 South Street (second floor)
Titusville, FL  32780

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023



**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

#### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brenda D. Forman
Clerk of the Court of Broward County
201 S.E. 6th St.
Fort Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

#### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.    23-cv-22688 |
| v.<br>RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) | |
| | ) ) ) | |
| *Defendant(s)* | ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Carla Hand
Clerk of the Court and Comptroller of Calhoun County
20859 SE Central Avenue, Rm. 130
Blountstown, FL 32424

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Roger D. Eaton
Clerk of the Court and Comptroller of Charlotte County
350 E. Marion Ave
Port Charlotte, FL 33950

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.    23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Angela Vick
Clerk of the Court and Comptroller of Citrus County
110 N. Apopka Ave.
Inverness, FL 34450

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jul 27, 2023
_____



*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Tara S. Green
Clerk of the Court and Comptroller of Clay County
825 N. Orange Ave
Green Cove Springs, FL 32043-0698

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) | |
| | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Crystal K. Kinzel
Clerk of the Court and Comptroller of Collier County
3315 Tamiami Trail East, Ste. 102
Naples, FL 34112-5324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:        Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

#### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.    23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    James M. Swisher, Jr.
Clerk of the Court and Comptroller of Columbia County
173 NE Hernando Avenue
Lake City FL. 32055

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023



**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Nadia K. Daughtrey
Clerk of the Court of DeSoto County
115 East Oak Street, Room 101
Arcadia, FL 34266

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br>_____<br>*Plaintiff(s)*<br>v.<br>RONALD DESANTIS, in his official capacity as Governor of Florida, et al.<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Barbie Higginbotham
Clerk of the Court and Comptroller of Dixie County
214 Northeast Highway 351
Cross City, Florida 32628

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:     Jul 27, 2023

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. ___23-cv-22688___ |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Jody Phillips
Clerk of the Court of Duval County
501 W. Adams St.
Jacksonville, FL 32202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jul 27, 2023    _____



*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Pamela Childers
Clerk of the Court and Comptroller of Escambia County
190 W Government Street
Pensacola, FL 32502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Tom W. Bexley

Clerk of the Court and Comptroller of Flagler County

1769 E Moody Blvd, Bldg 1

Bunnell, FL 32110-0787

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)

Weil, Gotshal & Manges LLP

1395 Brickell Ave., Suite 1200

Miami, FL 33131

(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Michele Maxwell
Clerk of the Court and Comptroller of Franklin County
33 Market Street, Suite 203
Apalachicola, FL 32320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023

**SUMMONS**

_s/ Ketly Pierre_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br>*Plaintiff(s)*<br><br>v.<br><br>RONALD DESANTIS, in his official capacity as Governor of Florida, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Nicholas D. Thomas
Clerk of the Court and Comptroller of Gadsden County
10 East Jefferson Street
Quincy, FL 32351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023

**SUMMONS**



*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.   23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Todd Newton
Clerk of the Court and Comptroller of Gilchrist County
112 S. Main Street
Trenton, Florida 32693

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023



**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Tami Pearce Simmons
Clerk of the Court and Comptroller of Glades County
500 Avenue J
Moorehaven, FL 33471

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jul 27, 2023

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.     23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rebecca Norris
Clerk of the Court and Comptroller of Gulf County
1000 Cecil G. Costin, Sr. Blvd.
Rm. 148
Port St. Joe, FL 32456

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:     Jul 27, 2023



**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    W. Greg Godwin
Clerk of the Court and Comptroller of Hamilton County
207 NE 1st Street, Room 106
Jasper, FL 32052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 27, 2023

**SUMMONS**

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Victoria L. Rogers
Clerk of the Court and Comptroller of Hardee County
417 West Main Street, Suite 202
Wauchula, FL 33873

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. <br><br> _Plaintiff(s)_ <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> _Defendant(s)_ | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.    23-cv-22688 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Kimberley R. Barrineau
Clerk of the Court and Comptroller of Hendry County
25 E. Hickpochee Ave.
LaBelle, FL 33935

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023

**SUMMONS**

_s/ Ketly Pierre_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.    23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) | |
| | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Doug Chorvat Jr.
Clerk of the Court and Comptroller of Hernando County
20 N. Main St., Room 130
Brooksville, Florida 34601-2800

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No.    23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Jerome Kaszubowski
Clerk of the Court and Comptroller of Highlands County
590 South Commerce Ave.
Sebring, Florida 33870-3867

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| *Defendant(s)* | ) |

Civil Action No.  23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Cindy Stuart
Clerk of the Court and Comptroller of Hillsborough County
Edgecomb Courthouse
800 E. Twigg St.
Tampa, FL 33602

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Edward Soto (Fla. Bar No. 265144)
        Weil, Gotshal & Manges LLP
        1395 Brickell Ave., Suite 1200
        Miami, FL 33131
        (305- 577-3100

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

        Jul 27, 2023

Date: _____



**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. <br><br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Sam Bailey
Clerk of the Court and Comptroller of Holmes County
201 N. Oklahoma Street
Bonifay, FL 32425

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) |
| *Plaintiff(s)* | ) Civil Action No.    23-cv-22688 |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Jeffrey R. Smith
Clerk of the Court and Comptroller of Indian River County
2000 16th Avenue
Vero Beach, Florida 32960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.    23-cv-22688 |
| v.<br>RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) | |
| *Defendant(s)* | ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Clayton O. Rooks, III
Clerk of the Court and Comptroller of Jackson County
4445 Lafayette St
Marianna FL 32446

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:        Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Kirk Reams
Clerk of the Court and Comptroller of Jefferson County
1 Courthouse Circle
Monticello, FL 32344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:     Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Steve Land

Clerk of the Court and Comptroller of Lafayette County

120 West Main Street

Mayo, Florida 32066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)

Weil, Gotshal & Manges LLP

1395 Brickell Ave., Suite 1200

Miami, FL 33131

(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk

U.S. District Courts

Angela E. Noble

Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

#### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Gary J. Cooney
Clerk of the Court and Comptroller of Lake County
550 W. Main St.
Tavares, FL 32778

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:        Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kevin Karnes

Clerk of the Court and Comptroller of Lee County
Justice Center, 2nd Floor
2075 Dr. Martin Luther King Jr. Boulevard
Fort Myers, FL 33901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Jul 27, 2023

Date: _____



**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

Civil Action No.  23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Gwendolyn Marshall Knight
Clerk of the Court and Comptroller of Leon County
301 S. Monroe Street, #100
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.     23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
                        Danny J. Shipp
                        Clerk of the Court and Comptroller of Levy County
                        355 S. Court Street
                        Bronson, Florida 32621

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                        Edward Soto (Fla. Bar No. 265144)
                        Weil, Gotshal & Manges LLP
                        1395 Brickell Ave., Suite 1200
                        Miami, FL 33131
                        (305- 577-3100

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jul 27, 2023
       _____

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Daniel Stanley
Clerk of the Court and Comptroller of Liberty County
10818 NW SR 20
Bristol, FL. 32321

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:     Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

<table>
<tr><td>FLORIDA RIGHTS RESTORATION COALITION,  et al.</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td> <i>Plaintiff(s)</i> </td><td>)<br>)</td><td rowspan="2">Civil Action No.   23-cv-22688</td></tr>
<tr><td>v.<br>RONALD DESANTIS, in his official capacity as Governor of Florida, et al.</td><td>)<br>)<br>)<br>)<br>)<br>)</td></tr>
<tr><td> <i>Defendant(s)</i> </td><td>)<br>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Billy Washington
Clerk of the Court and Comptroller of Madison County
125 SW Range Avenue
Madison, Florida 32340

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023



**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) | |
| | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Angelina Colonneso
Clerk of the Court and Comptroller of Manatee County
1115 Manatee Avenue West
Bradenton, FL 34205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023



**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. _____23-cv-22688_____ |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Gregory C. Harrell
Clerk of the Court and Comptroller of Marion County
110 NW 1st Avenue
Ocala, Florida 34475

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____Jul 27, 2023_____

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE
### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.    23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Carolyn Timmann
Clerk of the Court and Comptroller of Martin County
100 East Ocean Boulevard, Suite 200
Stuart, Florida 34994

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023



**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _____ *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) ) ) | |
| _____ *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Juan Fernandez-Barquin
Clerk of the Court and Comptroller of Miami-Dade County
73 West Flagler Street
Suite # 242
Miami, Florida 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Jul 27, 2023

Date: _____



**SUMMONS**

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Kevin Madok
Clerk of the Court and Comptroller of Monroe County
500 Whitehead St.
Key West, Florida 33040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023

**SUMMONS**

_s/ Ketly Pierre_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   John A. Crawford
　　　　　　　　　　　　　　　　　Clerk of the Court and Comptroller of Nassau County
　　　　　　　　　　　　　　　　　76347 Veteran's Way
　　　　　　　　　　　　　　　　　Yulee, Florida 32097

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　　　　　　　Edward Soto (Fla. Bar No. 265144)
　　　　　　　　　　　　Weil, Gotshal & Manges LLP
　　　　　　　　　　　　1395 Brickell Ave., Suite 1200
　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　(305- 577-3100

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:　　Jul 27, 2023

_s/ Ketly Pierre_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE
#### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    J.D. Peacock II
Clerk of the Court and Comptroller of Okaloosa County
101 E. James Lee Blvd.
Crestview, Florida 32536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**



*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br>_____ <br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br><br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.    23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Jerald D. Bryant
Clerk of the Court and Comptroller of Okeechobee County
312 Northwest 3rd Street
Okeechobee, Florida 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) ) | Civil Action No.    23-cv-22688 |
| v. | | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Tiffany Moore Russell
Clerk of the Court of Orange County
425 N. Orange Avenue
Orlando, FL 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:        Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Phil Diamond
Comptroller of Orange County
201 S Rosalind Ave
Orlando, FL 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kelvin Soto
Clerk of the Court and Comptroller of Osceola County
2 Courthouse Square, Suite 2000
Kissimmee, FL 34741

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.   23-cv-22688

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Joseph Abruzzo
Clerk of the Court and Comptroller of Palm Beach County
301 North Olive Ave
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

<table>
<tr><td>FLORIDA RIGHTS RESTORATION COALITION,  et al.<br><br><br><br><br>_____<br><i>Plaintiff(s)</i><br>v.<br>RONALD DESANTIS, in his official capacity as Governor of Florida, et al.<br><br><br><br><br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  <u>23-cv-22688</u></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Nikki Alvarez-Sowles
Clerk of the Court and Comptroller of Pasco County
38053 Live Oak Ave.
Dade City, Florida 33523
_____

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jul 27, 2023
_____



*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br><br> _____ <br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br><br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. ___23-cv-22688___

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ken Burke
Clerk of the Court and Comptroller of Pinellas County
315 Court Street
Clearwater, Florida 33756

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023
_____

**SUMMONS**

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  23-cv-22688

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Stacy M. Butterfield
Clerk of the Court and Comptroller of Polk County
255 N Broadway Ave.
Bartow, FL 33830

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 27, 2023



*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Matt Reynolds
Clerk of the Court and Comptroller of Putnam County
410 St. Johns Avenue
Palatka, Florida 32177

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:     Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.  **23-cv-22688**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
　　Donald C. Spencer
　　Clerk of the Court and Comptroller of Santa Rosa County
　　5841 Gulf Breeze Pkwy C
　　Gulf Breeze, Florida 32563

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　Edward Soto (Fla. Bar No. 265144)
　　Weil, Gotshal & Manges LLP
　　1395 Brickell Ave., Suite 1200
　　Miami, FL 33131
　　(305- 577-3100

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:　　Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Karen E. Rushing
Clerk of the Court and Comptroller of Sarasota County
2000 Main Street
Sarasota, FL 34237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Grant Maloy

Clerk of the Court and Comptroller of Seminole County

301 N. Park Avenue

Sanford, FL 32772

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)

Weil, Gotshal & Manges LLP

1395 Brickell Ave., Suite 1200

Miami, FL 33131

(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:     Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) ) | Civil Action No.  23-cv-22688 |
| v. | | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    Brandon Patty
Clerk of the Court and Comptroller of St. Johns County
4010 Lewis Speedway
St. Augustine, FL  32084

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023

**SUMMONS**

_s/ Ketly Pierre_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Michelle R. Miller
Clerk of the Court and Comptroller of St. Lucie County
201 South Indian River Drive
Fort Pierce, FL 34950

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 27, 2023

Angela E. Noble
Clerk of Court


*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION, et al. <br><br><br>_____ <br> *Plaintiff(s)* <br> v. <br> RONALD DESANTIS, in his official capacity as Governor of Florida, et al. <br><br><br><br>_____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.    23-cv-22688

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Gloria R. Hayward
Clerk of the Court and Comptroller of Sumter County
215 E McCollum Avenue
Bushnell, FL 33513

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jul 27, 2023
_____

**SUMMONS**



s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Barry Baker
Clerk of the Court and Comptroller of Suwannee County
200 S. Ohio Ave.
Live Oak, Florida 32064

_____

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 27, 2023
_____

**SUMMONS**

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

#### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gary Knowles, Jr.
Clerk of the Court and Comptroller of Taylor County
108 North Jefferson Street
Perry, Florida 32347

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kellie Hendricks Rhoades
Clerk of the Court and Comptroller of Union County
55 West Main Street
Union County Courthouse Rm 103
Lake Butler, FL 32054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Jul 27, 2023

Date:



**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE
#### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.   23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Laura E. Roth
Clerk of the Court of Volusia County
101 North Alabama Avenue
DeLand, FL 32724

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:     Jul 27, 2023
_____



*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Greg James
Clerk of the Court and Comptroller of Wakulla County
3056 Crawfordville Hwy
Crawfordville, FL 32327

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2023

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

#### SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  23-cv-22688 |
| v. | ) | |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Alex Alford
Clerk of the Court and Comptroller of Walton County
571 U.S. Highway 90 East
DeFuniak Springs, FL 32433

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 27, 2023


s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA RIGHTS RESTORATION COALITION,  et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RONALD DESANTIS, in his official capacity as Governor of Florida, et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.    23-cv-22688

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Lora C. Bell
Clerk of the Court and Comptroller of Washington County
1293 Jackson Avenue
Chipley, FL 32428

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Soto (Fla. Bar No. 265144)
Weil, Gotshal & Manges LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
(305- 577-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jul 27, 2023

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court