UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-22688-CIV-ALTONAGA/Damian

**FLORIDA RIGHTS**
**RESTORATION COALITION**, *et al.*,

    Plaintiffs,

v.

**RONALD DESANTIS**, *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court upon the Clerk's Letter to Plaintiffs' counsel, Carey Dunne, Michele Roberts, Kevin Trowel, Martha Reiser, John A. Freedman, and Jeremy Karpatkin, stating they are not members of the Southern District of Florida Bar [ECF No. 3]. Under Local Rule 4(b) of the *Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys*, only members of the Bar of this District may appear as attorneys in this Court except when appearance *pro hac vice* is permitted by the Court. To date, these attorneys have not taken the necessary steps to appear before the Court. Accordingly, it is

**ORDERED AND ADJUDGED** that the above listed attorneys shall file motions to appear *pro hac vice*[1] by **August 3, 2023**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of July, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

[1] Plaintiffs' Complaint indicates *pro hac vice* motions are forthcoming. (*See* [ECF No. 1] 74–75).