**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-22688-CIV-ALTONAGA/Damian**

**FLORIDA RIGHTS
RESTORATION COALITION**, *et al.*,

      Plaintiffs,

v.

**RONALD DESANTIS**, *et al.*,

      Defendants.

_____/

**<u>ORDER</u>**

      **THIS CAUSE** came before the Court *sua sponte*.  On July 28, 2023, the Court entered an Order [ECF No. 13] regarding the Clerk's Letter to Plaintiffs' counsel, Carey Dunne, Michele Roberts, Kevin Trowel, Martha Reiser, John A. Freedman, and Jeremy Karpatkin, noting they are not members of the Southern District of Florida Bar [ECF No. 3].  The Order required the attorneys to file motions to appear *pro hac vice* by August 3, 2023.  (*See* July 28, 2023 Order).  On July 28, 2023, five of the six referenced attorneys filed Motions to Appear *Pro Hac Vice* [ECF Nos. 14–18].  To date, Michele Roberts has not filed a motion to appear *pro hac vice*, nor has she requested additional time to do so.

      Accordingly, it is

      **ORDERED** that Michele Roberts shall file a motion to appear *pro hac vice* or, if she is no longer representing Plaintiffs in these proceedings, a motion to withdraw, by **August 8, 2023**.

CASE NO. 23-22688-CIV-ALTONAGA/Damian

**DONE AND ORDERED** in Miami, Florida, this 4th day of August, 2023.

CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:     counsel of record