UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-22688-CIV-ALTONAGA/Damian

**FLORIDA RIGHTS
RESTORATION COALITION**, *et al.*,

    Plaintiffs,

v.

**RONALD DESANTIS**, *et al.*,

    Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court *sua sponte*. It appears all Defendants have been served. (*See* Notice [ECF No. 253] 1; Service Status Report [ECF No. 253-1] 2–7).[1] To better manage the orderly progress of the case, it is

**ORDERED** that in accordance with the August 9, 2023 and August 16, 2023 Orders **[ECF Nos. 29, 91]**, Defendants shall submit a single, combined response or separate answers by **October 30, 2023**. (*See* Waiver of Service [ECF No. 240]); Fed. R. Civ. P. 4(d)(3).

**DONE AND ORDERED** in Miami, Florida, this 8th day of September, 2023.

                                        _____
                                        **CECILIA M. ALTONAGA**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.