UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-22688-CIV-ALTONAGA/Damian

**FLORIDA RIGHTS
RESTORATION COALITION**, *et al.*,

    Plaintiffs,

v.

**RONALD DESANTIS**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On September 14, 2023, the Court entered an Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 265] requiring the parties to "select a mediator . . . ; schedule a time, date, and place for mediation; and jointly **file a proposed order scheduling mediation** . . . ." (*Id.* 1 (alterations added; emphasis in original)). Although the parties filed a Joint Notice of Selection of Mediator [ECF No. 300] indicating their agreement on a mediator, they have failed to jointly file a proposed order scheduling mediation. The Court understands that "[t]he parties are in the process of coordinating and scheduling a date and time for mediation . . . and will advise the Court of the same once they have scheduled the mediation[,]" (*id.* 1 (alterations added)), but nonetheless, the parties have failed to comply with the directives in the Court's September 14, 2023 Order. Accordingly, it is

**ORDERED** that on or before **October 13, 2023**, the parties shall file a proposed order scheduling mediation that includes a scheduled time, date, and place for the mediation prior to the May 20, 2024 mediation deadline. In accordance with the procedures outlined in the CM/ECF

CASE NO. 23-22688-CIV-ALTONAGA/Damian

Administrative Procedures,[1] the proposed order must be emailed to altonaga@flsd.uscourts.gov in Word format.

**DONE AND ORDERED** in Miami, Florida, this 6th day of October, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

---

[1] The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.