IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-22688-CIV-ALTONAGA/Damian

FLORIDA RIGHTS RESTORATION
COALITION, *et al*.,

    Plaintiffs,

v.

RONALD DESANTIS, in his official
capacity as Governor of Florida, *et al*.,

    Defendants.
_____/

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE THREE CONSOLIDATED MOTIONS TO DISMISS BETWEEN ALL DEFENDANTS

All Defendants respectfully move for leave to file three motions to dismiss—one by the state-level Defendants, one by the Clerks of the Circuit Courts, and one by the Supervisors of Elections—instead of a single, combined motion to dismiss.

1. On July 19, 2023, Plaintiffs filed this action against 142 public-officials. ECF No. 1.

2. The Defendants are seven state officials—the Governor, Florida's Secretary of State and Secretary of Corrections, the Commissioner of the Florida Department of Law Enforcement, and the three Commissioners of the Florida Commission on Offender Review (the "State Defendants")—in addition to all 67 Clerks of the Circuit Courts (plus Orange County's separate Comptroller) and all 67 Supervisors of Elections.

3. Plaintiffs' operative complaint, which spans 77 pages, 203 paragraphs, and nearly 22,000 words, alleges that the 142 public-official Defendants are engaged in a "campaign" to disenfranchise individuals with prior felony convictions. ECF No. 9 ¶ 3.

4. Plaintiffs' allegations run the gamut. They allege:

    a. Voter intimidation by three of the State Defendants, including a statewide enforcement campaign to arrest individuals with prior felony convictions for voting;

    b. Disparate and defective procedures for the calculation of the legal financial obligations ("LFOs") of individuals with prior felony convictions, including the incorrect calculation of LFOs; a failure to maintain accurate LFO information; a failure to provide prompt, accurate, and reliable LFO information to individuals; a failure to notify the Clerks of LFO payments; the provision of inaccurate advice to individuals with prior felony convictions; and the misapplication of funds paid to discharge LFOs; and

    c. A failure to provide notice to ineligible voters before those voters are removed from the registration rolls.

ECF No. 9 at 65–76. Plaintiffs seek a sweeping injunction against all 142 Defendants, an accounting, the appointment of a compliance monitor, and an award of attorney's fees.

5. There are substantial differences in the claims asserted and facts alleged against each of the three groups of Defendants: the State Defendants, the Clerks, and the Supervisors. None of Plaintiffs' allegations applies equally to all three Defendant groups.

6. All three Defendant groups intend to seek dismissal. Each intends to make arguments that are distinct from—or founded on different factual allegations, statutes, and constitutional provisions than—the arguments to be presented by the other groups.

7. This Court has directed the Defendants to "submit a single, combined response or separate answers" to Plaintiffs' operative complaint. ECF No. 255 at 1; ECF No. 29 at 1. The Court's Local Rules would limit a single, combined motion to dismiss to 20 pages. S.D. Fla. L.R. 7.1(c)(2). Assuming an equal division of the page allowance, a requirement to file a single,

combined motion to dismiss would limit each of the three Defendant groups to fewer than seven pages.

8.  In a case with so many defendants and such diverse claims and allegations, a limitation to a single, combined motion to dismiss would greatly impede the ability of each Defendant group to present its dismissal arguments in a manner that, while concise, is thorough and comprehensive enough to be helpful to the Court. It would even prevent the presentation of some arguments altogether.

9.  The Defendants therefore seek leave to file three motions to dismiss: one combined motion by all State Defendants, one combined motion by all Clerks, and one combined motion by all Supervisors—each subject to its own 20-page limit. All Defendants will coordinate with each other to avoid, as much as possible, duplication of arguments in their respective motions.

10. The Defendants respectfully submit that leave to file three motions to dismiss will advance the purposes of the Court's original limitation because it will continue to prevent the filing of disparate, individual motions by one or a small number of Defendants.

11. At the same time, it would afford this extraordinarily large number of Defendants a reasonable opportunity to present to the Court the reasons Plaintiffs' claims should be dismissed—an especially important objective where, as here, dismissal has the potential to streamline onerous litigation and discovery against public officials and, in doing so, avert significant and potentially unnecessary expenditures of state and county resources. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 557–59 (2007) (explaining the important gatekeeping function of a motion to dismiss to guard against the inordinate cost of discovery and *in-terrorem* settlements).

**WHEREFORE**, Defendants respectfully move for leave to file three motions to dismiss—one by the State Defendants, one by the Clerks, and one by the Supervisors.

**Certificate of Pre-Filing Conference**

Pursuant to Local Rule 7.1(a)(3), counsel for movants have conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion. Plaintiffs' counsel stated by telephone on October 2, 2023, that Plaintiffs do not oppose the relief requested in this motion.

Dated October 13, 2023.                                      Respectfully submitted,

/s/ *Mohammad O. Jazil*                                     /s/ *Andy Bardos*
Mohammad O. Jazil (FBN 72556)                               Andy Bardos (FBN 822671)
Michael R. Beato (FBN 1017715)                              GRAYROBINSON, P.A.
HOLTZMAN VOGEL BARAN TORCHINSKY &                           301 South Bronough Street, Suite 600
JOSEFIAK PLLC                                               Tallahassee, Florida 32301
119 South Monroe Street, Suite 500                          Telephone: 850-577-9090
Tallahassee, Florida 32301                                  andy.bardos@gray-robinson.com
Telephone: 850-270-5938                                     *Attorneys for Defendants, Supervisors of*
mjazil@holtzmanvogel.com                                    *Elections for Charlotte, Collier, Indian River,*
mbeato@holtzmanvogel.com                                    *Lake, Lee, Marion, Manatee, Monroe, Pasco,*
*Attorneys for Defendants, Governor Ron*                    *and Seminole Counties*
*DeSantis; Florida Secretary of State Cord*
*Byrd; Secretary of Corrections Ricky D.*
*Dixon; Commissioner of the Florida*
*Department of Law Enforcement Mark Glass;*
*and Commissioners of the Florida*
*Commission on Offender Review Melinda N.*
*Coonrod, Richard D. Davison, and David A.*
*Wyant*

4

/s/ *George N. Meros, Jr.*
George N. Meros, Jr. (FBN 263321)
Tara R. Price (FBN 98073)
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Telephone: 850-241-1717
gmeros@shutts.com
tprice@shutts.com
*Attorneys for Defendants, Florida Secretary of State Cord Byrd; Secretary of Corrections Ricky D. Dixon; Commissioner of the Florida Department of Law Enforcement Mark Glass; and Commissioners of the Florida Commission on Offender Review Melinda N. Coonrod, Richard D. Davison, and David A. Wyant*

/s/ *Nathaniel A. Klitsberg*
Nathaniel A. Klitsberg (FBN 307520)
Joseph K. Jarone (FBN 117768)
Devona A. Reynolds Perez (FBN 70409)
BROWARD COUNTY ATTORNEY'S OFFICE
115 S. Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: 954-357-7600
nklitsberg@broward.org
dreynoldsperez@broward.org
jkjarone@broward.org
*Attorneys for Defendant, Broward County Supervisor of Elections*

/s/ *Nicholas J. Meros*
Nicholas J. Meros (FBN 120270)
EXECUTIVE OFFICE OF THE GOVERNOR
400 S. Monroe Street
Tallahassee, Florida 32399
Telephone: 850-717-9310
nicholas.meros@eog.myflorida.com
*Attorneys for Defendant, Governor of Florida*

/s/ *Susan S. Erdelyi*
Susan S. Erdelyi (FBN 0648965)
MARKS GRAY, P.A.
1200 Riverplace Blvd., Suite 800
Jacksonville, Florida 32207
Telephone: 904-398-0900
serdelyi@marksgray.com
*Attorneys for Defendants, Baker, Bay, Bradford, Calhoun, Columbia, Dixie, Franklin, Gadsden, Gulf, Hamilton, Jackson, Lafayette, Liberty, Nassau, Putnam, Saint Johns, Santa Rosa, Sumter, Suwannee, Taylor, Union, Walton, Wakulla, and Washington County Supervisors of Elections*

/s/ *Ashley E. Davis*
Ashley E. Davis (FBN 48032)
Joseph S. Van De Bogart (FBN 84764)
William D. Chappell
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough Street, Suite 100
Tallahassee, Florida 32399
Telephone: 850-245-6531
ashley.davis@dos.myflorida.com
joseph.vandebogart@dos.myflorida.com
david.chappell@dos.myflorida.com
*Attorneys for Defendant, Florida Secretary of State*

/s/ *John T. LaVia, III*
John T. LaVia, III (FBN 0853666)
GARDNER, BIST, BOWDEN, BUSH, DEE, LAVIA & WRIGHT, P.A.
1300 Thomaswood Drive
Tallahassee, Florida 32308
Telephone: 850-385-0070
jlavia@gbwlegal.com
*Attorneys for Defendants, Clay, Martin, Osceola, Palm Beach, Polk, and Saint Lucie County Supervisors of Elections*

/s/ *Charles T. Martin, Jr.*
Charles T. Martin, Jr. (FBN 118328)
Daniel A. Johnson (FBN 91175)
FLORIDA DEPARTMENT OF CORRECTIONS
Office of the General Counsel
501 South Calhoun Street
Tallahassee, Florida 32399
Telephone: 850-717-3611
dan.johnson@fdc.myflorida.com
charles.martin@fdc.myflorida.com
*Attorneys for Defendant, Secretary of the Florida Department of Corrections*

/s/ *Frank Mari*
Frank M. Mari
Florida Bar No. 93243
Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Primary email: fmari@roperpa.com
Secondary email: ihaines@roperpa.com
*Attorney for Defendants Connie Sanchez, Karen Healy, Kaiti Lenhart, Michelle Milligan, Heath Driggers, Tim Bobanic, Mark Negley, and Billy Washington*

/s/ *Albert T. Gimbel*
Albert T. Gimbel (FBN 279730)
MESSER CAPARELLO, P.A.
2618 Centennial Place
Tallahassee, Florida 32317
Telephone: 850-222-0720
tgimbel@lawfla.com
*Attorneys for Defendant, Clerk of Court of Broward County*

/s/ *Mark Herron*
Mark Herron (FBN 199737)
MESSER CAPARELLO, P.A.
2618 Centennial Place
Tallahassee, Florida 32308
Telephone: 850-222-0720
mherron@lawfla.com
*Attorneys for Defendant, Leon County Supervisor of Elections*

/s/ *John K. Londot*
John K. Londot (FBN 579521)
GREENBERG TRAURIG P.A.
101 E. College Avenue
Tallahassee, Florida 32302
Telephone: 850-222-6891
londotj@gtlaw.com
*Attorneys for Defendants, Clerks of Court and Comptrollers of Baker, Bay, Bradford, Brevard, Calhoun, Charlotte, Citrus, Clay, Columbia, Dixie, Escambia, Flagler, Franklin, Gadsden, Gilchrist, Gulf, Hamilton, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lafayette, Lake, Lee, Liberty, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, Saint Johns, Saint Lucie, Sumter, Suwannee, Taylor, Union, Wakulla, Walton and Washington Counties, and Defendants, Clerks of Court of DeSoto, Orange, and Volusia Counties*

/s/ *Geraldo F. Olivo, III*
Geraldo F. Olivo, III (FBN 60905)
HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
1715 Monroe Street
Fort Myers, Florida 33901
Telephone: 239-344-1100
jerry.olivo@henlaw.com
*Attorneys for Defendants, Glades, Hardee, Hendry, Holmes, Levy, and Okeechobee Supervisors of Elections, and Clerks of Court and Comptrollers of Glades, Hardee, Hendry, Holmes, Levy, and Okeechobee Counties*

/s/ *Paul D. Brannon*
Paul D. Brannon (FBN 820636)
William B. Graham (FBN 359068)
CARR ALLISON
305 S. Gadsden Street
Tallahassee, Florida 32301
Telephone: 850-222-2107)
dbrannon@carrallison.com
bgrahama@carrallison.com
*Attorneys for Defendant, Escambia County Supervisor of Elections*

/s/ *Robert C. Swain*
Robert C. Swain (FBN 366961)
Diana M. Johnson (FBN 69160)
ALACHUA COUNTY ATTORNEY'S OFFICE
12 S.E. 1st Street
Gainesville, Florida 32601
Telephone: 352-374-5218
dmjohnson@alachuacounty.us
bswain@alachuacounty.us
kniederloh@alachuacounty.us
*Attorneys for Defendants, Alachua County Supervisor of Elections, Clerk of Court, and Comptroller*

/s/ *Carter E. Young*
Carter E. Young (FBN 58034)
CLERK OF COURT AND COMPTROLLER
Leon County, Florida
301 S. Monroe Street, Suite 100
Tallahassee, Florida 32301
Telephone: 850-606-4121
CEYoung@leoncountyfl.gov
*Attorneys for Defendants, Leon County Clerk of Court and Comptroller*

/s/ *Jon A. Jouben*
Jon A. Jouben (FBN 149561)
Kyle J. Benda (FBN 113525)
HERNANDO COUNTY
20 N. Main Street, Suite 462
Brookesville, Florida 34601-2850
Telephone: 850-754-4122
jjouben@co.hernando.fl.us
kbenda@co.hernando.fl.us
*Attorneys for Defendant, Hernando County Supervisor of Elections*

/s/ *Brian D. Goodrich*
Brian D. Goodrich (FBN 106948)
BENTLEY GOODRICH KISON, P.A.
783 S. Orange Avenue, Suite 300
Sarasota, Florida 34236
Telephone: 941-556-9030
bgoodrich@thebentleylawfirm.com
*Attorneys for Defendants, Sarasota County Supervisor of Elections, Clerk of Court, and Comptroller*

/s/ *Michael B. Valdes*
Michael B. Valdes (FBN 93129)
Sophia M. Guzzo (FBN 1039644)
MIAMI-DADE COUNTY ATTORNEY'S OFFICE
111 N.W. First Street, Suite 2810
Miami, Florida 33128
Telephone: 305-375-5620
michael.valdes@miamidade.gov
sophia.guzzo@miamidade.gov
*Attorneys for Defendant, Miami-Dade County Supervisor of Elections*

/s/ *Thomas W. Franchino*
Thomas W. Franchino (FBN
CLERK OF THE CIRCUIT COURT AND COMPTROLLER
Collier County, Florida
3315 Tamiami Trail East, Suite102
Naples, Florida 34112
Telephone: 239-252-2725
tom.franchino@collierclerk.com
*Attorneys for Defendants, Collier County Clerk of Court and Comptroller*

/s/ *Stephen M. Todd*
Stephen M. Todd (FBN 886203)
HILLSBOROUGH COUNTY ATTORNEY'S OFFICE
601 E. Kennedy Blvd., 27th Floor
Tampa, Florida 33602
Telephone: 813-272-5670)
todds@hillsboroughcounty.org
*Attorneys for Defendant, Hillsborough County Supervisor of Elections*

/s/ *Christopher A. Mack*
Christopher A. Mack (FBN 105348)
2 Courthouse Square
Kissmimee, Florida 34741
Telephone: 407-742-3500
chris.mack@osceolaclerk.org
*Attorney for Defendants, Osceola County Clerk of Court and Comptroller*

/s/ *Tiffany D. Pinkstaff*
Tiffany D. Pinkstaff (FBN 682101)
OFFICE OF GENERAL COUNSEL
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: 904-255-5072
tpinkstaff@coj.net
*Attorneys for Defendant, Duval County Supervisor of Elections*

/s/ *William K. Bledsoe*
William K. Bledsoe (FBN 02969)
Sarah Lynn Jonas (FBN 115989)
VOLUSIA COUNTY ATTORNEY'S OFFICE
123 W Indiana Avenue
Deland, Florida 32720
Telephone: 386-5950
sjonas@volusia.org
kbledsoe@volusia.org
*Attorneys for Defendant, Volusia County Supervisor of Elections*

/s/ *Jared D. Kahn*
Jared D. Kahn (FBN 105276)
PINELLAS COUNTY ATTORNEY'S OFFICE
315 Court Street, 6th Floor
Clearwater, Florida 33756
Telephone: 727-464-3354
jkahn@pinellascounty.org
*Attorneys for Defendant, Pinellas County Supervisor of Elections*

/s/ *Laura J. Boeckman*
Laura J. Boeckman (FBN 527750)
OFFICE OF GENERAL COUNSEL
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: 904-255-5054
LBoeckman@coj.net
*Attorneys for Defendant, Duval County Clerk of Court*

/s/ *Dale A. Scott*
Dale A. Scott (FBN 0568821)
ROPER, P.A.
2707 E. Jefferson Street
Orlando, Florida 32803
Telephone: 407-897-5150
dscott@bellroperlaw.com
*Attorneys for Defendant, Citrus County Supervisor of Elections*

/s/ *Matthew R. Shaud*
Matthew R. Shaud (FBN 122252)
NABORS, GIBLIN & NICKERSON, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
Telephone: 850-224-4070
mshaud@ngnlaw.com
*Attorneys for Defendant, Okaloosa County Supervisor of Elections*

/s/ *Nicholas A. Shannin*
Nicholas A. Shannin (FBN 9570)
SHANNIN LAW FIRM, P.A.
214 E. Lucerne Circle, Suite 200
Orlando, Florida 32801
Telephone: 407-985-2222
nshannin@shanninlaw.com
*Attorneys for Defendant, Orange County Supervisor of Elections*