UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-22688-CIV-ALTONAGA

FLORIDA RIGHTS RESTORATION
COALITION, *et al.*,

    Plaintiffs,

v.

RONALD DESANTIS, *et al.*,

    Defendant.
_____/

## ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a) and S.D. Fla. Local Rule 3.6.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of October, 2023.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

This cause will be reassigned by the Clerk's Office in accordance with the Local Rules for the Southern District of Florida and the applicable Administrative Order.

All documents for filing in this case shall carry the following case number and designation: 1:23-cv-22688-ALTONAGA/__Louis_____.

BY ORDER OF THE COURT this __30th__ day of October 2023, Miami, Florida.

ANGELA E. NOBLE
Clerk of Court

By: __/s/Valerie Kemp_____

Copies to:
Hon. Cecilia M. Altonaga, *Chief U.S. District Judge*
Counsel of Record