UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-22688-CIV-ALTONAGA/Damian

**FLORIDA RIGHTS
RESTORATION COALITION**, *et al.*,

    Plaintiffs,
v.

**RONALD DESANTIS**, *et al.*,

    Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court on the State Agency Defendants'[1] Motion to Stay Discovery [ECF No. 325], filed on October 30, 2023. Plaintiffs object to the requested relief. (*See* Mot. 7). The State Agency Defendants advise that their responses to Plaintiffs' discovery requests are due by November 6, 2023. (*See id.* 2). Given this rapidly approaching deadline, it is

**ORDERED** that Plaintiffs shall file an expedited response to the State Agency Defendants' Motion to Stay Discovery **[ECF No. 325]** on or before **November 2, 2023**. The State Agency Defendants have until **November 3, 2023**, to file their reply.

**DONE AND ORDERED** in Miami, Florida, this 31st day of October, 2023.

                                          _____
                                          **CECILIA M. ALTONAGA**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The State Agency Defendants are Governor Ron DeSantis; Florida Secretary of State Cord Byrd; Secretary of the Florida Department of Corrections Ricky D. Dixon; Commissioner of the Florida Department of Law Enforcement Mark Glass; and Commissioners of the Florida Commission on Offender Review Melinda N. Coonrod, Richard D. Davison, and David A. Wyant. (*See* Mot. 1–2).