## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:23-22688-CIV-ALTONAGA/Louis

FLORIDA RIGHTS RESTORATION
COALITION, et al.,

        Plaintiffs,

v.

RONALD DESANTIS, in his official
capacity as Governor of Florida, et al.,

        Defendants.

_____/

### SUPERVISOR OF ELECTIONS AND CLERKS DEFENDANTS' MOTION FOR CLARIFICATION OF ORDER (ECF 329)

Defendants, Florida's Supervisors of Elections (the "Supervisors") and the Clerks of Court (the "Clerks"), move for clarification of the Court's Paperless Order ("Order Granting Stay") (ECF 329) that granted the State Agency Defendants' Motion to Stay Discovery (ECF 325). To avoid inadvertently violating their discovery obligations, the Supervisors and the Clerks respectfully request confirmation that the Order Granting Stay stayed *all* discovery, including for the Supervisors and the Clerks. Alternatively, the Supervisors and the Clerks join the Motion to Stay.

1.      On October 30, 2023, all 142 public official defendants filed a collective Motion to Dismiss (as subsequently corrected on November 3, 2023). (ECF 342, 330.) All defendants asserted various dispositive arguments including that Plaintiffs lack Article III standing (ECF 330 at 6-9), Plaintiffs' claims are barred by sovereign immunity (ECF 330 at 9-13), Plaintiffs' Amended Complaint is not short and concise (ECF 330 at 17-19), and Plaintiffs fail to state a claim (ECF 330 at 19-23).

2.      That same day, Defendants Ron DeSantis; Florida Secretary of State Cord Byrd; Secretary of the Florida Department of Corrections Ricky D. Dixon; Commissioner of the Florida Department of Law Enforcement Mark Glass; and Commissioners of the Florida Commission on Offender Review Melinda N. Coonrod, Richard D. Davison, and David A. Wyant (collectively, the "State Agency Defendants") "move[d] to stay *all* discovery obligations until after this Court's resolution of the motion to dismiss." (ECF 325 at 2, 4, 7) (emphasis added). The State Agency Defendants argued that "[e]xpensive and time-consuming discovery obligations on parties, in a case that has not been pled appropriately, does nothing but waste resources." (ECF 325 at 2).

3.      The Court granted the Motion, stating "the State Agency Defendants have met their burden in showing *a stay of discovery* is appropriate and necessary." (ECF 329) (emphasis added).

4.     Based on the express relief sought by the State Agency Defendants, the Supervisors and Clerks understand the Order Granting Stay as staying *all* discovery in this case. The State Agency Defendants sought a stay to "all" discovery obligations (ECF 325 at 2, 4, 7), and the Court granted that Motion. Plaintiffs have served broad discovery requests—requests for production and interrogatories—on the Supervisors and Clerks as well.

5.     Plaintiffs, however, have informed the Supervisors that they disagree with this interpretation and that this Court's Order Granting Stay applied only to the moving parties. In an abundance of caution and to avoid unnecessary discovery disputes, the Supervisors and Clerks therefore ask this Court to confirm that its Order stayed all discovery.

6.     The same rationale that supports a stay of the State Agency Defendants' discovery obligations supports a stay as to the Supervisors and Clerks. Plaintiffs have served broad discovery requests on the Supervisors and Clerks. The Supervisors and Clerks have raised multiple dispositive issues in their Motion to Dismiss, including challenges to Plaintiffs' standing under Article III, an assertion of sovereign immunity, and contentions that Plaintiffs failed to state a claim and misjoined sixty-seven Supervisors and Clerks in a single action. The Court's ruling on this potentially case-dispositive motion might either end the litigation for the Supervisors and Clerks or substantially narrow the broad and unwieldy case pleaded

in Plaintiffs' operative complaint. Meanwhile, the Supervisors are county-level officials with limited resources and are engaged in preparations for the presidential preference primary election scheduled for March 19, 2024; the Clerks also have limited resources and must continue to meet the daily demands of their offices. To require 134 county-level election officials to engage in discovery and incur public expense that might prove unnecessary would be incompatible with the orderly and efficient administration of elections and this litigation.

7.     Alternatively, the Supervisors and Clerks join the State Agency Defendants' Motion to Stay. In their Motion to Stay, the State Agency Defendants argued that the combined Motion to Dismiss raised numerous meritorious arguments concerning jurisdictional defects, sovereign immunity, violation of the pleading standards, and Plaintiffs' failure to state a claim. (ECF 325 at 2-4.) The Supervisors and Clerks jointly raised these same arguments. *See supra* at ¶ 1. Consequently, the Supervisors' and Clerks' discovery obligations should be stayed for the same reasons as the State Agency Defendants' discovery obligations.

**WHEREFORE**, the Supervisors and Clerks respectfully request this Court to clarify that its Order Staying Discovery applies all parties. Alternatively, the Supervisors and Clerks join the State Agency Defendants' Motion and request the Court stay discovery for them as well.

## <u>CERTIFICATE OF GOOD-FAITH CONFERENCE</u>

Pursuant to Local Rule 7.1(a)(3)(A), counsel for the Supervisors and the Clerks conferred with counsel for Plaintiffs in a good-faith effort to resolve the issues raised in this motion. Plaintiffs agreed to stay discovery temporarily while the Supervisors and Clerks ask this Court to clarify whether the discovery stay applies to all parties. Plaintiffs take the following additional positions: (1) "Because the SOE Defendants are interpreting the order to mean a stay as to all discovery, Plaintiffs agree on seeking clarification from the Court on its intent in the order"; and (2) "If the Court intended to stay discovery generally pending resolution of the motion to dismiss, that stay should equally apply to Plaintiffs." The Supervisors and Clerks agree that the stay should apply to all parties, including Plaintiffs.

Dated November 16, 2023.                    Respectfully submitted,


/s/ *John K. Londot*                          /s/ *Nathaniel A. Klitsberg*

John K. Londot (FBN 579521)                   Nathaniel A. Klitsberg (FBN 307520)
GREENBERG TRAURIG P.A.                         Joseph K. Jarone (FBN 117768)
101 E. College Avenue                          Devona A. Reynolds Perez (FBN 70409)
Tallahassee, Florida 32302                     BROWARD COUNTY ATTORNEY'S
Telephone: 850-222-6891                        OFFICE
londotj@gtlaw.com                              115 S. Andrews Avenue, Suite 423
*Attorneys for Defendants, Clerks of*          Fort Lauderdale, Florida 33301
*Court and Comptrollers of Baker, Bay,*        Telephone: 954-357-7600
*Bradford, Brevard, Calhoun, Charlotte,*       nklitsberg@broward.org
*Citrus, Clay, Columbia, Dixie,*               dreynoldsperez@broward.org
*Escambia, Flagler, Franklin, Gadsden,*        jkjarone@broward.org
*Gilchrist, Gulf, Hamilton, Hernando,*         *Attorneys for Defendant, Broward*
*Highlands, Hillsborough, Indian River,*       *County Supervisor of Elections*
*Jackson, Jefferson, Lafayette, Lake, Lee,*
*Liberty, Manatee, Marion, Martin,*
*Miami-Dade, Monroe, Nassau,*
*Okaloosa, Okeechobee, Palm Beach,*
*Pasco, Pinellas, Polk, Putnam, Santa*
*Rosa, Sarasota, Seminole, St. Johns, St.*
*Lucie, Sumter, Suwannee, Taylor, Union,*
*Wakulla, Walton and Washington*
*Counties, and Defendants, Clerks of*
*Court of DeSoto, Orange, and Volusia*
*Counties*

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: 850-577-9090
andy.bardos@gray-robinson.com
*Attorneys for Defendants, Supervisors of Elections for Charlotte, Collier, Indian River, Lake, Lee, Marion, Manatee, Monroe, Pasco, and Seminole Counties*

/s/ *Frank Mari*
Frank M. Mari
Florida Bar No. 93243
ROPER, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Primary email: fmari@roperpa.com
Secondary email: ihaines@roperpa.com
*Attorney for Defendants Connie Sanchez, Karen Healy, Kaiti Lenhart, Michelle Milligan, Heath Driggers, Tim Bobanic, Mark Negley, and Billy Washington*

/s/ *Susan S. Erdelyi*
Susan S. Erdelyi (FBN 0648965)
MARKS GRAY, P.A.
1200 Riverplace Blvd., Suite 800
Jacksonville, Florida 32207
Telephone: 904-398-0900
serdelyi@marksgray.com
*Attorneys for Defendants, Baker, Bay, Bradford, Calhoun, Columbia, Dixie, Franklin, Gadsden, Gulf, Hamilton, Jackson, Lafayette, Liberty, Nassau, Putnam, St. Johns, Santa Rosa, Sumter, Suwannee, Taylor, Union, Walton, Wakulla, and Washington County Supervisors of Elections*

/s/ *John T. LaVia, III*
John T. LaVia, III (FBN 0853666)
GARDNER, BIST, BOWDEN, BUSH, DEE, LA VIA & WRIGHT, P.A.
1300 Thomaswood Drive
Tallahassee, Florida 32308
Telephone: 850-385-0070
jlavia@gbwlegal.com
*Attorneys for Defendants, Clay, Martin, Osceola, Palm Beach, Polk, and St. Lucie County Supervisors of Elections*

/s/ *Genesis Martinez*
Genesis Martinez (FBN 1018327)
Alexandra Mora (FBN 52368)
AKERMAN LLP
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
genesis.martinez@akerman.com
alexandra.mora@akerman.com
*Attorney for Defendants*, *Miami-Dade County Clerk of Court and Comptroller*

/s/ *Albert T. Gimbel*
Albert T. Gimbel (FBN 279730)
MESSER CAPARELLO, P.A.
2618 Centennial Place
Tallahassee, Florida 32317
Telephone: 850-222-0720
tgimbel@lawfla.com
*Attorneys for Defendant*, *Clerk of Court of Broward County*

/s/ *Paul D. Brannon*
Paul D. Brannon (FBN 820636)
William B. Graham (FBN 359068)
CARR ALLISON
305 S. Gadsden Street
Tallahassee, Florida 32301
Telephone: 850-222-2107)
dbrannon@carrallison.com
bgrahama@carrallison.com
*Attorneys for Defendant*, *Escambia County Supervisor of Elections*

/s/ *Mark Herron*
Mark Herron (FBN 199737)
MESSER CAPARELLO, P.A.
2618 Centennial Place
Tallahassee, Florida 32308
Telephone: 850-222-0720
mherron@lawfla.com
*Attorneys for Defendant*, *Leon County Supervisor of Elections*

/s/ *Geraldo F. Olivo, III*
Geraldo F. Olivo, III (FBN 60905)
HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
1715 Monroe Street
Fort Myers, Florida 33901
Telephone: 239-344-1100
jerry.olivo@henlaw.com
*Attorneys for Defendants*, *Glades, Hardee, Hendry, Holmes, Levy, and Okeechobee Supervisors of Elections, and Clerks of Court and Comptrollers of Glades, Hardee, Hendry, Holmes, Levy, and Okeechobee Counties*

/s/ *Robert C. Swain*
Robert C. Swain (FBN 366961)
Diana M. Johnson (FBN 69160)
ALACHUA COUNTY ATTORNEY'S OFFICE
12 S.E. 1st Street
Gainesville, Florida 32601
Telephone: 352-374-5218
dmjohnson@alachuacounty.us
bswain@alachuacounty.us
kniederloh@alachuacounty.us
*Attorneys for Defendants*, *Alachua County Supervisor of Elections, Clerk of Court, and Comptroller*

/s/ *Carter E. Young*

Carter E. Young (FBN 58034)
CLERK OF COURT AND COMPTROLLER
Leon County, Florida
301 S. Monroe Street, Suite 100
Tallahassee, Florida 32301
Telephone: 850-606-4121
CEYoung@leoncountyfl.gov
*Attorneys for Defendants, Leon County*
*Clerk of Court and Comptroller*


/s/ *Brian D. Goodrich*

Brian D. Goodrich (FBN 106948)
BENTLEY GOODRICH KISON, P.A.
783 S. Orange Avenue, Suite 300
Sarasota, Florida 34236
Telephone: 941-556-9030
bgoodrich@thebentleylawfirm.com
*Attorneys for Defendants, Sarasota*
*County Supervisor of Elections, Clerk of*
*Court, and Comptroller*


/s/ *Thomas W. Franchino*

Thomas W. Franchino (FBN 699276)
CLERK OF THE CIRCUIT COURT AND
COMPTROLLER
Collier County, Florida
3315 Tamiami Trail East, Suite102
Naples, Florida 34112
Telephone: 239-252-2725
tom.franchino@collierclerk.com
*Attorneys for Defendants, Collier County*
*Clerk of Court and Comptroller*


/s/ *Jon A. Jouben*

Jon A. Jouben (FBN 149561)
Kyle J. Benda (FBN 113525)
HERNANDO COUNTY
20 N. Main Street, Suite 462
Brookesville, Florida 34601-2850
Telephone: 850-754-4122
jjouben@co.hernando.fl.us
kbenda@co.hernando.fl.us
*Attorneys for Defendant, Hernando*
*County Supervisor of Elections*


/s/ *Michael B. Valdes*

Michael B. Valdes (FBN 93129)
Sophia M. Guzzo (FBN 1039644)
MIAMI-DADE COUNTY ATTORNEY'S
OFFICE
111 N.W. First Street, Suite 2810
Miami, Florida 33128
Telephone: 305-375-5620
michael.valdes@miamidade.gov
sophia.guzzo@miamidade.gov
*Attorneys for Defendant, Miami-Dade*
*County Supervisor of Elections*


/s/ *Stephen M. Todd*

Stephen M. Todd (FBN 886203)
HILLSBOROUGH COUNTY ATTORNEY'S
OFFICE
601 E. Kennedy Blvd., 27th Floor
Tampa, Florida 33602
Telephone: 813-272-5670
todds@hillsboroughcounty.org
*Attorneys for Defendant, Hillsborough*
*County Supervisor of Elections*

/s/ *Christopher A. Mack*
Christopher A. Mack (FBN 105348)
2 Courthouse Square
Kissmimee, Florida 34741
Telephone: 407-742-3500
chris.mack@osceolaclerk.org
*Attorney for Defendants*, *Osceola County Clerk of Court and Comptroller*

/s/ *Tiffiny Douglas Pinkstaff*
Tiffiny Douglas Pinkstaff (FBN 682101)
Associate General Counsel
OFFICE OF GENERAL COUNSEL
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: 904-255-5072
tpinkstaff@coj.net
*Attorneys for Defendant*, *Duval County Supervisor of Elections*

/s/ *Sarah Lynn Jonas*
Sarah Lynn Jonas (FBN 115989)
VOLUSIA COUNTY ATTORNEY'S OFFICE
123 W Indiana Avenue
Deland, Florida 32720
Telephone: 386-5950
sjonas@volusia.org
*Attorneys for Defendant*, *Volusia County Supervisor of Elections*

/s/ *Jared D. Kahn*
Jared D. Kahn (FBN 105276)
PINELLAS COUNTY ATTORNEY'S OFFICE
315 Court Street, 6th Floor
Clearwater, Florida 33756
Telephone: 727-464-3354
jkahn@pinellas.gov
*Attorneys for Defendant*, *Pinellas County Supervisor of Elections*

/s/ *Laura J. Boeckman*
Laura J. Boeckman (FBN 527750)
OFFICE OF GENERAL COUNSEL
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: 904-255-5054
LBoeckman@coj.net
*Attorneys for Defendant*, *Duval County Clerk of Court*

/s/ *Dale A. Scott*
Dale A. Scott (FBN 0568821)
ROPER, P.A.
2707 E. Jefferson Street
Orlando, Florida 32803
Telephone: 407-897-5150
dscott@roperpa.com
*Attorneys for Defendant*, *Citrus County Supervisor of Elections*

/s/ *Gregory T. Stewart*

Gregory T. Stewart (FBN 203718)
Matthew R. Shaud (FBN 122252)
NABORS, GIBLIN & NICKERSON, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
Telephone:850-224-4070
gstewart@ngnlaw.com
mshaud@ngnlaw.com
*Attorneys for Defendant*, *Okaloosa*
*County Supervisor of Elections*

/s/ *Nicholas A. Shannin*

Nicholas A. Shannin (FBN 9570)
SHANNIN LAW FIRM, P.A.
214 E. Lucerne Circle, Suite 200
Orlando, Florida 32801
Telephone: 407-985-2222
nshannin@shanninlaw.com
*Attorneys for Defendant*, *Orange*
*County Supervisor of Elections*