UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-22688-CIV-ALTONAGA/Louis

**FLORIDA RIGHTS
RESTORATION COALITION**, *et al.*,

    Plaintiffs,
v.

**RONALD DESANTIS**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiffs, Florida Rights Restoration Coalition, Rhoshanda Jones, Angel Sanchez, Autumn Waite, and Brandon Walthour's Motion to Vacate the September 15, 2023 Scheduling Order and October 14, 2023 Mediation Order [ECF No. 350], filed on April 12, 2024. Plaintiffs request the Court vacate its Scheduling Order [ECF No. 265] and Order Scheduling Mediation [ECF No. 315] because discovery is stayed pending resolution of Defendants' Corrected Motion to Dismiss [ECF No. 330]. (*See* Mot. 2). In Plaintiffs' view, the deadlines in the Scheduling Order are impracticable while discovery is stayed. (*See generally id.*). Although most Defendants have indicated they do not oppose the Motion, some have not yet responded to Plaintiffs' conferral request. (*See id.* 3).

In any event, the Court agrees with Plaintiffs that most of the Scheduling Order's deadlines should be set aside but concludes that mediation should continue as scheduled. Plaintiffs are certainly aware of Defendants' position on many of the contested issues and have been able to utilize public records requests during the stay; the absence of discovery should not prevent the parties from a fruitful mediation. Accordingly, it is

CASE NO. 23-22688-CIV-ALTONAGA/Louis

**ORDERED** that Plaintiffs, Florida Rights Restoration Coalition, Rhoshanda Jones, Angel Sanchez, Autumn Waite, and Brandon Walthour's Motion to Vacate the September 15, 2023 Scheduling Order and October 14, 2023 Mediation Order **[ECF No. 350]** is **GRANTED in part** and **DENIED in part**. The parties must attend the mediation as required by the Scheduling Order **[ECF No. 265]** and Order Scheduling Mediation **[ECF No. 315]**. All other deadlines in the Scheduling Order are **SET ASIDE** pending resolution of the Corrected Motion to Dismiss **[ECF No. 330]**.

**DONE AND ORDERED** in Miami, Florida, this 12th day of April, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record