UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-22688-CIV-ALTONAGA/Damian

**FLORIDA RIGHTS RESTORATION COALITION**, *et al.*,

    Plaintiffs,

v.

**RONALD DESANTIS**, *et al.*,
    Defendants.

_____/

**MEDIATOR'S REPORT**

In accordance with Local Rule 16.2(f)(1) and this Court's Order dated October 14th, 2023, the undersigned reports that the parties appeared before me for court-ordered mediation on May 6, 2024. They participated in good faith and discussed their varied perspectives.

On May 10, 2024, the Florida Department of State initiated rulemaking under Chapter 120 of the Florida Statutes that may render Plaintiffs' claims moot. Plaintiffs have therefore decided to voluntarily dismiss their case without prejudice and may re-file their case if the rulemaking, or subsequent implementation of any adopted rule, fails to alleviate their concerns.

    Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
Telephone: (305) 375-6127
Facsimile: (305) 351-2265

By: */s/ Michael A. Hanzman, Mediator*
Michael A. Hanzman
Florida Bar No.: 510637
mhanzman@bilzin.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on May 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                               By: */s/ Michael A. Hanzman*
                                                   Michael A. Hanzman, Mediator