UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLORIDA RIGHTS RESTORATION COALITION, *et al.*,

   Plaintiffs,

v.

RONALD DESANTIS, *et al.*,

   Defendants.

Case No. 1:23-cv-22688-CMA

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Florida Rights Restoration Coalition, Rhoshanda Jones, Angel Sanchez, Autumn Waite, and Brandon Walthour ("Plaintiffs") and Defendants Ronald DeSantis, in his official capacity as Governor of Florida, Cord Byrd, in his official capacity as Florida Secretary of State, Ricky D. Dixon, in his official capacity as Secretary of the Florida Department of Corrections, Melinda N. Coonrod, in her official capacity as Commissioner of the Florida Commission on Offender Review, Richard D. Davison, in his official capacity as Commissioner of the Florida Commission on Offender Review, David A. Wyant, in his official capacity as Commissioner of the Florida Commission on Offender Review, Mark Glass, in his official capacity as the Commissioner of the Florida Department of Law Enforcement, each of the Supervisors of Elections[1], and each of the Clerks of Court and Comptrollers[2] ("Defendants") (collectively, the "Parties"), through their respective counsel HEREBY STIPULATE AS FOLLOWS:

---

[1] *See* D.I. 1-2 for a complete list of the Supervisors of Elections defendants.
[2] *See* D.I. 1-3 for a complete list of the Clerks of Court and Comptroller defendants.

1. Plaintiffs' claims against Defendants are hereby voluntarily dismissed without prejudice.

2. All Parties agree to bear their own attorneys' fees and costs.

3. In the event Plaintiffs refile their claims and action, Defendants waive, for purposes of FRCP 41(d), any costs to which they may have been entitled for this now dismissed action.

Dated: July 24, 2024                                  Respectfully submitted by,

For Plaintiffs:

/s/ *Pravin R. Patel*
Pravin R. Patel (FBN 0099939)
Pravin.patel@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida  33131
Tel: (305) 577-3100

Carey Dunne (admitted *pro hac vice*)
Kevin Trowel (admitted *pro hac vice*)
Martha Reiser (admitted *pro hac vice*)
Michele Roberts (admitted *pro hac vice*)
FREE & FAIR LITIGATION GROUP
266 W 37th Street
20th Floor
New York, NY 10018
Telephone: 646-434-8604
carey@freeandfairlitigation.org
kevin@freeandfairlitigation.org
martha@freeandfairlitigation.org
michele@freeandfairlitigation.org

John A. Freedman (admitted *pro hac vice*)
Jeremy Karpatkin (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, DC 20001-3743
Telephone: 202-942-5000
John.freedman@arnoldporter.com
Jeremy.karpatkin@arnoldporter.com

For Defendants:

/s/ *John K. Londot*
John K. Londot (FBN 579521)
GREENBERG TRAURIG P.A.
101 E. College Avenue
Tallahassee, Florida 32302
Telephone: 850-222-6891
londotj@gtlaw.com
*Attorney for Defendants, Clerks of Court and Comptrollers of Baker, Bay, Bradford, Brevard, Calhoun, Charlotte, Citrus, Clay, Columbia, Dixie, Escambia, Flagler, Franklin, Gadsden, Gilchrist, Gulf, Hamilton, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lafayette, Lake, Lee, Liberty, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Union, Wakulla, Walton and Washington Counties, and Defendants, Clerks of Court of DeSoto, Orange, and Volusia Counties*

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: 850-577-9090
andy.bardos@gray-robinson.com
*Attorney for Defendants, Supervisors of Elections for Charlotte, Collier, Indian River, Lake, Lee, Marion, Manatee, Monroe, Pasco, and Seminole Counties*

/s/ *Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
Michael R. Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
Telephone: 850-270-5938
mjazil@holtzmanvogel.com
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
*Attorneys for Defendants, Governor Ron DeSantis; Florida Secretary of State Cord Byrd; Secretary of Corrections Ricky D. Dixon; Commissioner of the Florida Department of Law Enforcement Mark Glass; and Commissioners of the Florida Commission on Offender Review Melinda N. Coonrod, Richard D. Davison, and David A. Wyant*

/s/ *Nathaniel A. Klitsberg*
Nathaniel A. Klitsberg (FBN 307520)
Joseph K. Jarone (FBN 117768)
Devona A. Reynolds Perez (FBN 70409)
BROWARD COUNTY ATTORNEY'S OFFICE
115 S. Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: 954-357-7600
nklitsberg@broward.org
dreynoldsperez@broward.org
jkjarone@broward.org
*Attorneys for Defendant, Broward County Supervisor of Elections*

/s/ *George N. Meros, Jr.*
George N. Meros, Jr. (FBN 263321)
Tara R. Price (FBN 98073)
Benjamin J. Gibson (FBN 0058661)
Kassandra S. Reardon (FBN 1033220)
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Telephone: 850-241-1717
gmeros@shutts.com
tprice@shutts.com
bgibson@shutts.com
kreardon@shutts.com
*Attorneys for Defendants, Florida Secretary of State Cord Byrd; Secretary of Corrections Ricky D. Dixon; Commissioner of the Florida Department of Law Enforcement Mark Glass; and Commissioners of the Florida Commission on Offender Review Melinda N. Coonrod, Richard D. Davison, and David A. Wyant*

/s/ *Susan S. Erdelyi*
Susan S. Erdelyi (FBN 0648965)
MARKS GRAY, P.A.
1200 Riverplace Blvd., Suite 800
Jacksonville, Florida 32207
Telephone: 904-398-0900
serdelyi@marksgray.com
*Attorneys for Defendants, Baker, Bay, Bradford, Calhoun, Columbia, Dixie, Franklin, Gadsden, Gulf, Hamilton, Jackson, Lafayette, Liberty, Nassau, Putnam, St. Johns, Santa Rosa, Sumter, Suwannee, Taylor, Union, Walton, Wakulla, and Washington County Supervisors of Elections*

/s/ *Nicholas J.P. Meros*
Nicholas J.P. Meros (FBN 120270)
EXECUTIVE OFFICE OF THE GOVERNOR
400 S. Monroe Street
Tallahassee, Florida 32399
Telephone: 850-717-9310
nicholas.meros@eog.myflorida.com
*Attorney for Defendant, Governor of Florida*

/s/ *John T. LaVia, III*
John T. LaVia, III (FBN 0853666)
GARDNER, BIST, BOWDEN, BUSH, DEE, LA VIA & WRIGHT, P.A.
1300 Thomaswood Drive
Tallahassee, Florida 32308
Telephone: 850-385-0070
jlavia@gbwlegal.com
*Attorneys for Defendants, Clay, Martin, Osceola, Palm Beach, Polk, and St. Lucie County Supervisors of Elections*

/s/ *Ashley E. Davis*
Ashley E. Davis (FBN 48032)
Joseph S. Van De Bogart (FBN 84764)
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough Street, Suite 100
Tallahassee, Florida 32399
Telephone: 850-245-6531
ashley.davis@dos.myflorida.com
joseph.vandebogart@dos.myflorida.com
*Attorneys for Defendant, Florida Secretary of State*

/s/ *Frank Mari*
Frank M. Mari
Florida Bar No. 93243
ROPER, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Primary email: fmari@roperpa.com
Secondary email: ihaines@roperpa.com
*Attorney for Defendants Connie Sanchez, Karen Healy, Kaiti Lenhart, Michelle Milligan, Heath*

*Driggers*, *Tim Bobanic*, *Mark Negley*, *and Billy Washington*

/s/ *Charles T. Martin, Jr.*
Charles T. Martin, Jr. (FBN 118328)
Daniel A. Johnson (FBN 91175)
FLORIDA DEPARTMENT OF CORRECTIONS
Office of the General Counsel
501 South Calhoun Street
Tallahassee, Florida 32399
Telephone: 850-717-3611
dan.johnson@fdc.myflorida.com
charles.martin@fdc.myflorida.com
*Attorneys for Defendant, Secretary of the Florida Department of Corrections*

/s/ *Mark Herron*
Mark Herron (FBN 199737)
MESSER CAPARELLO, P.A.
2618 Centennial Place
Tallahassee, Florida 32308
Telephone: 850-222-0720
mherron@lawfla.com
*Attorney for Defendant, Leon County Supervisor of Elections*

/s/ *Albert T. Gimbel*
Albert T. Gimbel (FBN 279730)
MESSER CAPARELLO, P.A.
2618 Centennial Place
Tallahassee, Florida 32317
Telephone: 850-222-0720
tgimbel@lawfla.com
*Attorney for Defendant, Clerk of Court of Broward County*

/s/ *Geraldo F. Olivo, III*
Geraldo F. Olivo, III (FBN 60905)
HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
1715 Monroe Street
Fort Myers, Florida 33901
Telephone: 239-344-1100
jerry.olivo@henlaw.com
*Attorney for Defendants, Glades, Hardee, Hendry, Holmes, Levy, and Okeechobee Supervisors of Elections, and Clerks of Court and Comptrollers of Glades, Hardee, Hendry, Holmes, Levy, and Okeechobee Counties*

/s/ *Paul D. Brannon*
Paul D. Brannon (FBN 820636)
William B. Graham (FBN 359068)
CARR ALLISON
305 S. Gadsden Street
Tallahassee, Florida 32301
Telephone: 850-222-2107)
dbrannon@carrallison.com
bgrahama@carrallison.com
*Attorneys for Defendant, Escambia County Supervisor of Elections*

/s/ *Robert C. Swain*
Robert C. Swain (FBN 366961)
Diana M. Johnson (FBN 69160)
ALACHUA COUNTY ATTORNEY'S OFFICE
12 S.E. 1st Street
Gainesville, Florida 32601
Telephone: 352-374-5218
dmjohnson@alachuacounty.us
bswain@alachuacounty.us
kniederloh@alachuacounty.us
*Attorneys for Defendants, Alachua County Supervisor of Elections, Clerk of Court, and Comptroller*

/s/ *Carter E. Young*
Carter E. Young (FBN 58034)
CLERK OF COURT AND COMPTROLLER
Leon County, Florida
301 S. Monroe Street, Suite 100
Tallahassee, Florida 32301
Telephone: 850-606-4121
CEYoung@leoncountyfl.gov
*Attorney for Defendants, Leon County Clerk of Court and Comptroller*

/s/ *Brian D. Goodrich*
Brian D. Goodrich (FBN 106948)
BENTLEY GOODRICH KISON, P.A.
783 S. Orange Avenue, Suite 300
Sarasota, Florida 34236
Telephone: 941-556-9030
bgoodrich@thebentleylawfirm.com
*Attorney for Defendants, Sarasota County Supervisor of Elections, Clerk of Court, and Comptroller*

/s/ *Thomas W. Franchino*
Thomas W. Franchino (FBN 699276)
CLERK OF THE CIRCUIT COURT AND COMPTROLLER
Collier County, Florida
3315 Tamiami Trail East, Suite102
Naples, Florida 34112
Telephone: 239-252-2725
tom.franchino@collierclerk.com
*Attorney for Defendants, Collier County Clerk of Court and Comptroller*

/s/ *Christopher A. Mack*
Christopher A. Mack (FBN 105348)
2 Courthouse Square
Kissmimee, Florida 34741
Telephone: 407-742-3500
chris.mack@osceolaclerk.org
*Attorney for Defendants, Osceola County Clerk of Court and Comptroller*

/s/ *Jon A. Jouben*
Jon A. Jouben (FBN 149561)
HERNANDO COUNTY
20 N. Main Street, Suite 462
Brookesville, Florida 34601-2850
Telephone: 850-754-4122
jjouben@co.hernando.fl.us
*Attorney for Defendant, Hernando County Supervisor of Elections*

/s/ *Michael B. Valdes*
Michael B. Valdes (FBN 93129)
Sophia M. Guzzo (FBN 1039644)
MIAMI-DADE COUNTY ATTORNEY'S OFFICE
111 N.W. First Street, Suite 2810
Miami, Florida 33128
Telephone: 305-375-5620
michael.valdes@miamidade.gov
sophia.guzzo@miamidade.gov
*Attorneys for Defendant, Miami-Dade County Supervisor of Elections*

/s/ *Stephen M. Todd*
Stephen M. Todd (FBN 886203)
HILLSBOROUGH COUNTY ATTORNEY'S OFFICE
601 E. Kennedy Blvd., 27th Floor
Tampa, Florida 33602
Telephone: 813-272-5670)
todds@hillsboroughcounty.org
*Attorney for Defendant, Hillsborough County Supervisor of Elections*

/s/ *Tiffiny Douglas Pinkstaff*
Tiffiny Douglas Pinkstaff (FBN 682101)
Associate General Counsel
OFFICE OF GENERAL COUNSEL
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: 904-255-5072
tpinkstaff@coj.net
*Attorney for Defendant, Duval County*

*Supervisor of Elections*

/s/ *Sarah Lynn Jonas*
Sarah Lynn Jonas (FBN 115989)
VOLUSIA COUNTY ATTORNEY'S OFFICE
123 W Indiana Avenue
Deland, Florida 32720
Telephone: 386-5950
sjonas@volusia.org
*Attorney for Defendant, Volusia County Supervisor of Elections*

/s/ *Jared D. Kahn*
Jared D. Kahn (FBN 105276)
PINELLAS COUNTY ATTORNEY'S OFFICE
315 Court Street, 6th Floor
Clearwater, Florida 33756
Telephone: 727-464-3354
jkahn@pinellas.gov
*Attorney for Defendant, Pinellas County Supervisor of Elections*

/s/ *Laura J. Boeckman*
Laura J. Boeckman (FBN 527750)
OFFICE OF GENERAL COUNSEL
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: 904-255-5054
LBoeckman@coj.net
*Attorney for Defendant, Duval County Clerk of Court*

/s/ *Dale A. Scott*
Dale A. Scott (FBN 0568821)
ROPER, P.A.
2707 E. Jefferson Street
Orlando, Florida 32803
Telephone: 407-897-5150
dscott@roperpa.com
*Attorney for Defendant, Citrus County Supervisor of Elections*

/s/ *Gregory T. Stewart*
Gregory T. Stewart (FBN 203718)
Matthew R. Shaud (FBN 122252)
NABORS, GIBLIN & NICKERSON, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
Telephone: 850-224-4070
gstewart@ngnlaw.com
mshaud@ngnlaw.com
*Attorneys for Defendant, Okaloosa County Supervisor of Elections*

/s/ *Nicholas A. Shannin*
Nicholas A. Shannin (FBN 9570)
SHANNIN LAW FIRM, P.A.
214 E. Lucerne Circle, Suite 200
Orlando, Florida 32801
Telephone: 407-985-2222
nshannin@shanninlaw.com
*Attorneys for Defendant, Orange County Supervisor of Elections*

/s/ *Alexandra Mora*
Genesis Martinez (FBN 1018327)
Alexandra Mora (FBN 52368)
AKERMAN LLP
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
genesis.martinez@akerman.com
alexandra.mora@akerman.com
*Attorney for Defendants, Miami-Dade County Clerk of Court and Comptroller*